FILED
CLERK, U.S. DISTRICT COURT
OCT 29 2008
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Case No.: CR 05CR953-RSWL
              Plaintiff,   )
                           ) ORDER OF DETENTION
         vs.               )
Michael Xavier Peters      ) [Fed. R. Crim. P. 32.1(a)(6);
                           )  18 U.S.C. § 3143(a)]
              Defendant.   )
_____)

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

   The Court finds that:

A. (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on defendant's failure to provide information

and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: risk to children in community

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: October 29, 2008

JEFFREY W. JOHNSON
UNITED STATES MAGISTRATE JUDGE